UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| STRIKE 3 HOLDINGS, LLC, | Case No. 2:19-CV-01081-KDJ-EJY |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| JOHN DOE subscriber assigned IP address 72.193.156.19, | |
| Defendant. | |

Before the Court is Strike 3 Holdings, LLC's Amended Ex Parte Application for Extension of Time Within Which to Effectuate Service of John Doe Defendant (ECF No. 9).

Good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Amended Ex Parte Application for Extension of Time Within Which to Effectuate Service of John Doe Defendant is GRANTED.

IT IS FURTHER ORDERED that the time within which Plaintiff has to effectuate service on Defendant is extended to and through November 15, 2019.

DATED: October 4, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1